**William Clayton McKINNEY, Plaintiff–Appellant,**

v.

**NFN DOHERTY, Director of Greenville County Detention Center; NFN Melton, Captain at Greenville County Detention Center, Defendants–Appellees.**

No. 01–7686.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 7, 2002.

Decided Jan. 15, 2002.

William Clayton McKinney, Appellant Pro Se. Russell W. Harter, Jr., Chapman, Harter & Groves, P.A., Greenville, South Carolina, for Appellees.

Before MICHAEL, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

William Clayton McKinney appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKinney v. Doherty,* No. CA–00–3971–6–20AK (D.S.C. Sept. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*